446 F.2d 906
 TRAVELERS INDEMNITY COMPANY, Plaintiff-Appellant,
v.
FEDERAL INSURANCE COMPANY, Defendant-Appellee.
 No. 27760.
 United States Court of Appeals, Fifth Circuit.
 January 5, 1970.
 
 Appeal from the United States District Court for the Northern District of Georgia at Atlanta; Newell Edenfield, Judge.
 James A. Eichelberger, Atlanta, Ga., for plaintiff-appellant.
 Palmer H. Ansley, Ben L. Weinberg, Jr., Atlanta, Ga., for defendant-appellee.
 Before BELL, AINSWORTH, and CARSWELL, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the basis of the opinion of the District Court: Travelers Indemnity Company v. Federal Insurance Company, N.D.Ga., 1969, 297 F.Supp. 1346.
 
 
 2
 Affirmed.